FILED

2021 Feb-24  AM 10:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# 13IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **AIRIELLE GREGORY,** | ) | |
| *f/k/a* **Scott,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action Number |
| | ) | **5:21-cv-259-AKK** |
| v. | ) | |
| | ) | |
| **MEDICREDIT, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Plaintiff's Unopposed Motion for Admission Pro Hac Vice of David J.

Philipps and Mary E.Philipps (doc. 3) is **GRANTED**.

**DONE** this 24th day of February, 2021.



_____
**ABDUL K. KALLON**
**UNITED STATES DISTRICT JUDGE**