# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **AIRIELLE GREGORY, f/k/a SCOTT,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **vs.** ) <br> ) <br> **MICROCREDIT, INC., A MISSOURI CORP.,** ) <br> ) <br> **Defendant.** | Civil Action Number <br> **5:21-cv-00259-AKK** |

## ORDER

Based on the parties' representation that they have amicably resolved this matter, this case is **DISMISSED WITHOUT PREJUDICE**. The court shall retain jurisdiction over the parties until June 18, 2021 for the purpose of enforcing their settlement agreement. The court **ORDERS** that the parties shall file a formal stipulation of dismissal by June 18, 2021. Otherwise, after that date, this case will be deemed dismissed with prejudice.

The pretrial set for August 4, 2022 and the trial set for September 12, 2022 are **CANCELLED**, and the defendant's motion for extension of time, doc. 11, is **MOOT**.

**DONE** the 21st day of April, 2021.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE